O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN JOSE PEREZ,

            Petitioner,

   v.

RICHARD J. DONOVAN, Warden,

           Respondent.

Case No. ED CV 16-02104 JGB (AFM)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 24, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE